## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512 - 1 | **DATE** | 6/26/2008 |
| **CASE TITLE** |  | USA vs. Aaron T. Smith | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/25/08.
The defendant is informed of his rights. Enter order appointing Mary Judge as counsel for defendant for these proceedings only. The Defendant waives his right to Preliminary examination. Enter a finding of probable cause, the Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The defendant is ordered released. /AK/

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512 - 1 | **DATE** | 6/26/2008 |
| **CASE TITLE** | . USA vs. Aaron T. Smith | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/25/08.
The defendant is informed of his rights. Enter order appointing Mary Judge as counsel for defendant for these proceedings only. The Defendant waives his right to Preliminary examination. Enter a finding of probable cause, the Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The defendant is ordered released. /AK—

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|