# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:08–cr–00512

                                              Honorable Arlander Keys

Aaron T Smith, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 7/22/08:Government's unopposed first Motion for an extension of time [13] to return indictment, from 7/25/08 to and including 8/22/08 is granted as to Aaron T Smith (1), and Michael Charles May (2). Motion terminated. Time is excluded in the interest of justice pursuant to 18:USC3161(h)(8)(A) from 7/25/08 to and including 8/22/08. Enter Order. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.