11

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Arlander Keys | **Sitting Judge If Other than Assigned Judge** | |
| **CASE NUMBER** | 08 CR 512-1 | **DATE** | 7/21/08 |
| **CASE TITLE** | USA v Aaron Smith | | |

**DOCKET ENTRY TEXT**

Pursuant to the oral motion of the Defendant and the Government having no objection, the Defendant has permission to leave the Northern District of Illinois on 7/23/08 and returning on 7/28/08, to attend a family reunion in Tennessee. Mr. Smith will be accompanied by his parents on this trip and they will continue as third party custodians.

See attached order for details.

Docketing to mail notices.

| | | |
|---|---|---|
| U.S. DISTRICT COURT | Courtroom Deputy Initials: | AC |

2008 JUL 21 PM 7:46

FILED-ED

CR