IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 512-1 |
| v. | ) | |
| | ) | Hon. Arlander Keys |
| AARON T. SMITH | ) | |

### AGREED ORDER

This matter being brought before the Court and all parties advised thereof, IT IS HEREBY ORDERED THAT Aaron T. Smith has permission to leave the Northern District of Illinois on July 23, 2008, returning July 28, 2008 to attend a family reunion in Tennessee. Mr. Smith will be accompanied by his parents on this trip, and they will continue as third party custodians.

SO ORDERED:

_____
Hon. Arlander Keys

Entered:

July 21, 2008