PS 42
(Rev. 2/05)

# United States District Court
## Northern District Of Illinois

United States of America )
)
vs. )
)
Aaron Smith )    **Case No.**  08 CR 0512 001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Aaron Smith_____, have discussed with _____Pace B. Morrison_____, Pretrial Services Officer, modifications of my release conditions as follows:

Undergo medical or psychiatric treatment

Assistant U.S. Attorney <u>Bethany Biesenthal</u> was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_Aaron Smith_      7·9·08                     _____      7/9/08
Signature of Defendant      Date              Pretrial Services Officer      Date

Reviewed by:
Vicki Kindred Meredith, Deputy Chief Pretrial
Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7.18. 2008
Signature of Defense Counsel                 Date

☒ The above modification of conditions of release is ordered, to be effective on    7/28/08

☐ The above modification of conditions of release is *not* ordered.

_____                    7/28/08
Signature of Judicial Officer                Date