Minute Order Form (06/97)

08 GJ 689

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO MAGISTRATE JUDGE KEYS 08 CR 512 | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | | DATE | August 21, 2008 |
| CASE TITLE | US v. AARON T. SMITH and MICHAEL CHARLES MAY  08CR 512 | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

#### SPECIAL FEBRUARY 2008-2

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO AARON T. SMITH.   NO BOND SET, DETAINED BY MAGISTRATE AS TO MICHAEL CHARLES MAY.

# FILED

AUG 2 1 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing | |
| Notices mailed by judge's staff. | | | dcty. initials | |
| Notified counsel by telephone | | | Date mailed notice | |
| Docketing to mail notices | | | Mailing | |
| Mail AO 450 form. | | | dcty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |