## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Aaron T. Smith | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held on or before 09/02/08. Pretrial motions shall be filed on or before 09/12/08. Response to pretrial motions shall be filed on or before 09/22/08. Status hearing before Judge Bucklo set for 09/19/08 at 10:00 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|